**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6901**

_____

WELDON EUGENE HOLTZCLAW, JR.,

Plaintiff - Appellant,

v.

GUARD BRYSON,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:25-cv-09351-DCC)

_____

Submitted:  January 22, 2026                          Decided:  January 29, 2026

_____

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Weldon Eugene Holtzclaw, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Weldon Eugene Holtzclaw, Jr., appeals the district court's order accepting the magistrate judge's recommendation and summarily dismissing Holtzclaw's 42 U.S.C. § 1983 complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we deny Holtzclaw's pending "motion to appeal," and we affirm the district court's order. *Holtzclaw v. Bryson*, No. 6:25-cv-09351-DCC (D.S.C. Oct. 7, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*